Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: joye.blanscett@bullivant.com
Telephone: (415) 352-2700
Facsimile: (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> HIDALGO GENERAL ENGINEERING INC., a California corporation; and JOSE ROBERTO HIDALGO, an Individual, <br><br> Defendants. | Case No.: C 07 0785 MJJ <br><br> **PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER** <br><br> Date: May 15, 2007 <br> Time: 2:00 p.m. <br> Ctroom: 11, 19th Floor |
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C-07 0786 ~~JSW~~ MJJ |

6080108.1

-1-

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON

|   |
|---|
| Plaintiffs, <br> vs. <br> HIDALGO GENERAL ENGINEERING INC., a California corporation; and JOSE ROBERTO HIDALGO, an Individual,, <br> Defendants. |

Plaintiffs Board of Trustees of The Laborers Health and Welfare Trust Fund for Northern California; Board of Trustees of The Laborers Vacation-Holiday Trust Fund for Northern California; Board of Trustees of The Laborers Pension Trust Fund for Northern California; and Board of Trustees of The Laborers Training and Retraining Trust Fund for Northern California, offer this Statement in Lieu of the Case Management Conference Statement.

Defendant Jose Roberto Hidalgo was served via substituted service on February 20, 2007 and defendant Hidalgo General Engineering Inc. was served on March 6, 2007 with the Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For Breach of Fiduciary Duty and For Mandatory Injunction ("Complaint"). Defendants' Answers were due on or before March 26, 2007. Neither Defendant filed an Answer. Plaintiffs sought a clerk's entry of default that was entered on May 8, 2007. Plaintiffs intend to move for default judgment within thirty days.

Based on the above, Plaintiffs respectfully request that this Court continue the Initial Case Management Conference for ninety days to allow Plaintiffs time to move forward with the default judgment against defendants.

DATED: May 10, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Joye Blanscett
Attorneys for Plaintiffs

6080108.1

-2-

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 15, 2007 at 2:00 p.m. be ~~continued to _____, 2007 at 2:00 p.m., Courtroom 11, 19th Floor.~~ SET AT A LATER DATE.

DATED: May 17, 2007

By _____
HON. MARTIN J. JENKINS,
UNITED STATES DISTRICT JUDGE

6080108.1

-3-

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON