Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: susan.olson@bullivant.com
Telephone: (415) 352-2700
Facsimile: (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> HIDALGO GENERAL ENGINEERING INC., a California corporation; and JOSE ROBERTO HIDALGO, an Individual, <br><br> Defendants. | Case No.: C 07 0785 JSW <br><br> **PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; PROPOSED ORDER** <br><br> Date: March 21, 2008 <br> Time: 1:30 p.m. <br> Ctroom: 2, 17th Floor |

Plaintiffs Board of Trustees of The Laborers Health and Welfare Trust Fund for Northern California; Board of Trustees of The Laborers Vacation-Holiday Trust Fund for Northern California; Board of Trustees of The Laborers Pension Trust Fund for Northern California; and Board of Trustees of The Laborers Training and Retraining Trust Fund for Northern California, offer this Statement in Lieu of the Case Management Conference

Statement.

Defendant Jose Roberto Hidalgo and Hidalgo General Engineering Inc. are in default. On May 8, 2007, the Clerk of Court entered the Default of Defendants. Plaintiffs are finalizing a motion for default judgment and will file, without further delay, the motion for default judgment within the next thirty days.

Based on the above, Plaintiffs respectfully request that this Court continue the Initial Case Management Conference for thirty days. Once the motion for default judgment is filed, Plaintiffs will move to vacate the continued Case Management Conference.

DATED: March 12, 2008

BULLIVANT HOUSER BAILEY PC

By  *[signature]*
　　　Ronald L. Richman

Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for March 21, 2008 at 1:30 p.m. be continued to ___April 25___, 2008 at 1:30 p.m., Courtroom 2, 17th Floor.

DATED: March __12__, 2008

By  *[signature]*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

-2-
PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON

10469595.1