Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> HIDALGO GENERAL ENGINEERING INC., a California corporation; and JOSE ROBERTO HIDALGO, an Individual, <br><br> Defendants. | Case No.: C 07 0785 JSW <br><br> **PLAINTIFFS' REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; ORDER THEREON** <br><br> Date: April 25, 2008 <br> Time: 1:30 p.m. <br> Ctroom: 2, 17th Floor |

Plaintiffs Laborers Trust Funds respectfully request that this Court vacate the Case Management Conference on the following grounds.

Defendant Jose Roberto Hidalgo and Hidalgo General Engineering Inc. are in default. On May 8, 2007, the Clerk of Court entered the Default of Defendants. On April 1, 2008 Plaintiffs filed their Motion for Default Judgment. In response to the Motion for Default

– 1 –

PLAINTIFFS' REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; ORDER THEREON

Judgment, on April 1, 2008 this Court referred this case to Magistrate Judge Larson for his Report and Recommendation on the Motion for Default Judgment.

Based on the above, Plaintiffs respectfully request that this Court vacate Case Management Conference.

DATED: April 17, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Request to Vacate Case Management Conference and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for April 25, 2008 at 1:30 p.m. is vacated.

DATED: April 18, 2008

By _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

—2—
PLAINTIFFS' REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; ORDER THEREON