IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
LABORERS HEALTH AND WELFARE
TRUST FUND FOR NORTHERN
CALIFORNIA, et al.,

        Plaintiffs,

v.

HIDALGO GENERAL ENGINEERING, et al.,

        Defendants.

No. C 07-00785 JSW

**ORDER GRANTING REQUEST FOR ORDER OF EXAMINATION; REFERRING CASE TO MAGISTRATE JUDGE LARSON FOR HEARING**

On May 22, 2009, the Court entered Judgment in the above-captioned case. Plaintiff now requests to take an Order of Examination of the judgment debtors. Upon review of Plaintiff's requests, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's requests for an Order of Examination is GRANTED. The hearing date set for October 16, 2009 is VACATED. Pursuant to Civil Local Rule 72-1, this matter is referred to Magistrate Judge Larson for hearing.

///

///

///

The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: September 22, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom

**United States District Court**
For the Northern District of California